UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
               :
INGRID PAOLA SAUCEDA HENRRIQUEZ,  :
*et al.*,                :
               :
              Petitioner,  :    25-CV-10586
               :
      -against-    :   **ORDER TRANSFERRING VENUE**
               :   **TO THE U.S. DISTRICT COURT**
KRISTI NOEM, in her official capacity as  :   **FOR THE EASTERN DISTRICT**
Secretary, U.S. Department of Homeland  :   **OF NEW YORK**
Security; JOSEPH B. EDLOW, Director of U.S.:
Citizenship and Immigration Services;  :
MARCOS CHARLES, Acting Executive  :
Associate Director, ICE Enforcement and  :
Removal Operations; AND PAMELA BONDI, :
in her official capacity as Attorney General,  :
U.S. Department of Justice.  :
               :
              Respondents.  :
               :
-------------------------------------------------------------X

<u>VERNON S. BRODERICK</u>, United States District Judge:

    I am in receipt of Petitioners' petition for a writ of habeas corpus under 28 U.S.C. § 2241, which was filed on December 20, 2025 at 9:04 P.M. EST. (Doc. 1 ("Habeas Petition").) I held an initial telephonic case conference on Monday, December 22, 2025, at 12:00 P.M. EST to discuss venue. Although Petitioners' counsel states that, upon information and belief, the Petitioners were held at 26 Federal Plaza, New York, NY at the time of the filing of the Habeas Petition, *id.* ¶¶ 1, 10, counsel for the Government represented during the telephonic case conference that the Petitioners were detained at a hotel in Queens, NY at the time of the filing of the Habeas Petition.

    Accordingly, it is hereby:

    ORDERED that this action be transferred to the U.S. District Court for the Eastern District of New York under 28 U.S.C. § 1631.

IT IS FURTHER ORDERED that the seven-day waiting period in Local Civil Rule 83.1 shall be waived.

IT IS FURTHER ORDERED that, as part of this transfer, further action of the pending Order to Show Cause why a petition for a writ of habeas corpus should not be granted shall be left to the discretion of the District Court Judge assigned upon the transfer.

IT IS FURTHER ORDERED that, in accordance with my previously issued Order to Show Cause, (Doc. 5), Petitioners shall not be transferred out of the United States absent further order of this court or the District Court Judge assigned upon the transfer.

The Clerk of Court is respectfully directed to effectuate the transfer of this action to the U.S. District Court for the Eastern District of New York as soon as possible.

SO ORDERED.

Dated:   December 22, 2025
         New York, New York

*Vernon Broderick*
Vernon S. Broderick
United States District Judge